IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00294-WYD

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**1. MARIO HUMBERTO AMEZCUA-GOMEZ,**
    **a/k/a Raul Macias-Sanchez,**
    **a/k/a Raul Macias,**
    **a/k/a Raul Elias-Aguilar,**

      **Defendant.**

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce MARIO HUMBERTO AMEZCUA-GOMEZ, a/k/a Raul Macias-Sanchez, a/k/a Raul Macias, a/k/a Raul Elias-Aguilar before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final

disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 30th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO