UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00294-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIO HUMBERTO AMEZCUA-GOMEZ, a/k/a Raul Macias-Sanchez, a/k/a Raul Macias, a/k/a Raul Elias-Aguilar,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, September 7, 2010,** and responses to these motions shall be filed by **Monday, September 20, 2010.** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, October 4, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 19th day of August, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief U. S. District Judge