UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00294-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIO HUMBERTO AMEZCUA-GOMEZ, a/k/a Raul Macias-Sanchez, a/k/a Raul Macias, a/k/a Raul Elias-Aguilar,

    Defendant.

## ORDER

    A Notice of Disposition was filed in the above matter on August 20, 2010. A Change of Plea hearing is set for **Monday, September 13, 2010 at 2:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The 3-day jury trial set for Monday, October 4, 2010, at 9:00 a.m. is **VACATED**.

    Dated: August 25, 2010.