UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00294-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIO HUMBERTO AMEZCUA-GOMEZ, a/k/a Raul Macias-Sanchez, a/k/a Raul Macias, a/k/a Raul Elias-Aguilar,

    Defendant.

## ORDER

    The change of plea hearing set for Friday, September 17, 2010, at 11:00 a.m. is **VACATED**.  The change of plea hearing is re-set for **Tuesday, October 5, 2010 at 11:00 a.m.**

    Dated: September 14, 2010.